# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

128443
(69)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In re Estate of EWARD JOSEPH
McCORMICK, Deceased.

_____

ERIC A. BRAVERMAN,
        Petitioner-Appellee,

v

LINDA McCORMICK
        Respondent-Appellant.

_____/

SC: 128443
COA: 250361
Wayne Probate: 92-513517-DE

On order of the Court, the motion for reconsideration of this Court's order of October 31, 2005, is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk